# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kristoffer Bell, et al.

                    Plaintiff,

v.                                        Case No.: 1:12–cv–08457
                                                Honorable Robert M. Dow Jr.

Wal–Mart Stores, Inc, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 3, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. The defendants' motion to dismiss the claims of plaintiffs Kristoffer Bell, Christopher George, and Brandon Harrison for want of prosecution [95] is granted. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.